FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2020

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD LINDSEY,<br><br>Defendant. | Case No. 2:19-CR-00437-PA-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On September 17, 2020, Defendant Richard Lindsey ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:19-CR-00437-PA-1. The Court appointed Deputy Federal Public Defender Christy O'Connor to represent Defendant.

///
///
///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Bail resources unavailable
- Criminal history
- Prior probation violations
- Foreign travel
- Family ties to the Philippines

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Prior probation violations
- Criminal history
- Mental health history
- Substance abuse history
- Nature and seriousness of instant allegations

///
///
///
///

2

## III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: September 17, 2020

                                                /s/
                                   MARIA A. AUDERO
                         UNITED STATES MAGISTRATE JUDGE